IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02118-PAB

ENGLERT, INC.,

    Plaintiff,

v.

NEW TECH MACHINERY CORP.,

    Defendant.

_____

**ORDER OF RECUSAL**
_____

    This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendant New Tech Machinery Corp. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

    DATED September 24, 2009.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge